**UNITED STATES DISTRICT COURT**
**Southern District of New York**



**131048**

**AFFIDAVIT OF SERVICE**

Index no : **11 CIV 1490**
Date Index Number Purchased: **03/04/2011**

| Plaintiff(s): | **Marie Tamara Thomas** |
| Defendant(s): | **The Hartford Life Insurance Company of America, et al** |

STATE OF CONNECTICUT
HARTFORD COUNTY       ss.:

**JoAnn Niziankiewicz**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **03/11/2011** at **1:15 PM**, I served the within **Summons In A Civil Action and Complaint; ECF Rules for Southern District of New York; Judge Louis L. Stanton's Individual Practices** on **The Hartford Life Insurance Company of America** at **200 Hopmeadow Street, Simsbury, CT 06089** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Eric L. Palmquist, Counsel** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **The Hartford Life Insurance Company of America**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Brown | 38 | 5'9" | 175 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
March 15, 2011
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires:

Katherine Chaves
Notary Public-Connecticut
My Commission Expires
July 31, 2013

X _____
JoAnn Niziankiewicz
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

Eric L. Palmquist
Counsel
Law Department

200 Hopmeadow Street
Simsbury, CT 06089
Telephone 860 843 1771
Facsimile 860 843 8665
eric.palmquist@thehartford.com



THE HARTFORD