

```
╔══════════════════════════════╗
║ USDC SDNY                    ║
║ DOCUMENT                     ║
║ ELECTRONICALLY FILED         ║
║ DOC #:_____         ║
║ DATE FILED: 3-29-11          ║
╚══════════════════════════════╝
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIE TAMARA THOMAS,

                         Plaintiff,

-against-

THE HARTFORD LIFE INSURANCE COMPANY
OF AMERICA, THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF
JPMORGAN CHASE BANK, and JP MORGAN
CHASE BANK, INC.,

                        Defendants.
------------------------------------------------------------X

11 CIV. 1490 (LLS)

**STIPULATION EXTENDING TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for all parties that Defendants' time to serve and file their answer or move with respect to the Complaint is extended from March 29, 2011 to April 28, 2011.

**IT IS FURTHER AGREED** that for the purpose of this Stipulation, a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

Dated:    New York, New York
            March 28, 2011

_____
Robert J. Bach
60 East 42nd Street,
40th Floor
New York, New York 10165
Telephone: (212) 867-4455
*Attorneys for Plaintiff*

_____
Michael H. Bernstein
Matthew Mazzola
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004
Telephone: (212) 422-0202
*Attorneys for Defendants*

IT IS SO ORDERED:

_____
        U.S.D.J.
DATED: 3/29/11

NY/574026v1