UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIE TAMARA THOMAS,

                              Plaintiff,

-against-

THE HARTFORD LIFE INSURANCE COMPANY
OF AMERICA, THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF
JPMORGAN CHASE BANK, and, JPMORGAN
CHASE BANK, INC.

                              Defendants.
-------------------------------------------------------------------X

Civil Action No.:
11 Civ. 1490 (LLS) (ECF)

**RULE 7.1 DISCLOSURE STATEMENT**

DOCUMENT
ELECTRONICALLY FILED

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, JPMORGAN CHASE BANK, N.A. i/s/h/a JPMORGAN CHASE BANK, INC., certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

      1.      JP Morgan Chase & Co.

JP Morgan Chase & Co. has no parent corporation. No publicly held corporation currently owns 10% or more of JP Morgan Chase & Co.'s common stock.

Dated:   New York, New York
           April 28, 2011

                              Respectfully submitted,

                              s/
                              MICHAEL H. BERNSTEIN (MB 0579)
                              MATTHEW P. MAZZOLA (MM 7427)
                              SEDGWICK LLP
                              Attorneys for Defendants
                              THE HARTFORD LIFE INSURANCE COMPANY OF
                              AMERICA, THE GROUP LONG TERM DISABILITY
                              PLAN FOR EMPLOYEES OF JPMORGAN CHASE
                              BANK, and, JPMORGAN CHASE BANK, INC.
                              125 Broad Street, 39th Floor
                              New York, New York 10004
                              Telephone: (212) 422-0202

NY/698841v2

To:
 Robert J. Bach, Esq.
 60 East 42nd Street, 40th Floor
 New York, New York 10165

NY/698841v2

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **RULE 7.1 DISCLOSURE STATEMENT** was served via ECF and Regular Mail on this 28th day of April 2011, upon the following:

>Robert J. Bach, Esq.
>60 East 42nd Street
>40th Floor
>New York, New York 10165

>s/_____
>MATTHEW P. MAZZOLA (MM 7427)

Dated:   New York, New York
         April 28, 2011