UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIE TAMARA THOMAS,                             Civil Action No.:
                                                 11 Civ. 1490 (LLS) (ECF)
                         Plaintiff,
      -against-                                  **NOTICE OF MOTION**

THE HARTFORD LIFE INSURANCE COMPANY
OF AMERICA, THE GROUP LONG TERM                  DOCUMENT
DISABILITY PLAN FOR EMPLOYEES OF                 ELECTRONICALLY FILED
JPMORGAN CHASE BANK, and, JPMORGAN
CHASE BANK, INC.

                         Defendants.
------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that, upon the Declaration of Michael Bernstein dated April 28, 2011 and the exhibits annexed thereto, and the accompanying Memorandum of Law In Support Of Defendants' Motion To Dismiss, Defendants Hartford Life and Accident Insurance Company i/s/h/a Hartford Life Insurance Company of America ("Hartford"), The Group Long Term Disability Plan for Employees of JPMorgan Chase Bank(the "Plan"), and JPMorgan Chase Bank, N.A. i/s/h/a JPMorgan Chase Bank, Inc. ("Chase")(collectively, "Defendants") by their attorneys, Sedgwick LLP, will move this Court at a time and date designated by the Court, before the Hon. Louis L. Stanton, U.S.D.J. at the United States Courthouse, Southern District of New York, located at 500 Pearl Street New York, NY 10007-1312, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the plaintiff Marie Tamara Thomas's ("Thomas") five improper causes of action against Hartford that fail to state a claim for which relief can be granted; dismissing Thomas's improper claim for relief under ERISA §502(a)(3); and dismissing all of Thomas's claims against Chase with prejudice, because Chase is not a proper defendant in this matter and because Thomas fails to state a cause of action upon which relief can be granted against Chase.

Dated: New York, New York
       April 28, 2011

                              Respectfully submitted,

                              s/_____
                              MICHAEL H. BERNSTEIN (MB 0579)
                              MATTHEW P. MAZZOLA (MM 7427)
                              SEDGWICK LLP
                              Attorneys for Defendants
                              HARTFORD LIFE AND ACCIDENT INSURANCE
                              COMPANY i/s/h/a THE HARTFORD LIFE
                              INSURANCE COMPANY OF AMERICA, THE
                              GROUP LONG TERM DISABILITY PLAN FOR
                              EMPLOYEES OF JPMORGAN CHASE BANK,
                              AND JPMORGAN CHASE BANK, N.A. i/s/h/a
                              JPMORGAN CHASE BANK, INC.
                              125 Broad Street, 39th Floor
                              New York, New York 10004
                              Telephone: (212) 422-0202

To:
 Robert J. Bach, Esq.
60 East 42nd Street, 40th Floor
New York, New York 10165

NY/693061v1

## CERTIFICATE OF SERVICE

      I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION** was served via ECF and Regular Mail on this 28th day of April 2011, upon the following:

>Robert J. Bach, Esq.
>60 East 42nd Street
>40th Floor
>New York, New York 10165

                                                      s/_____
                                                      MATTHEW P. MAZZOLA (MM 7427)

Dated:   New York, New York
             April 28, 2011