UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIE TAMARA THOMAS

            PLAINTIFF

against

THE HARTFORD LIFE INSURANCE COMPANY
OF AMERICA, THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF
JPMORGAN CHASE BANK, and,
JPMORGAN CHASE BANK, INC.

            DEFENDANTS
-------------------------------------------------------------X

Index No.:
11 Cv 1490 (LS)

ECF CASE

## CERTIFICATE OF SERVICE

I Robert Bach, under penalties of perjury, hereby certify and affirm I am over 21 years old and not a party to this action. On this 16th day of May, 2011, I served a copy of the foregoing Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss by ECF and Regular Mail upon the Attorneys for the Defendants:

        Michael H. Bernstein
        Matthew P. Mazzola
        Sedgwick LLP
        125 Broadway St., 39th Floor
        New York, NY 10004

New York, NY
May 16, 2011

*Robert Bach*

Robert J. Bach, Esq.
60 East 42nd Street
40th Floor
New York, NY 10165
212-867-4455
212-687-2123(Fax)
rjbachesq@hotmail.com
Attorney for Plaintiff