```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARIE TAMARA THOMAS,

                                    Plaintiff,
      -against-

THE HARTFORD LIFE INSURANCE COMPANY
OF AMERICA, THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF
JPMORGAN CHASE BANK, and, JPMORGAN
CHASE BANK, INC.

                                 Defendants.
---------------------------------------------------------------X

Civil Action No.:
11 Civ. 1490 (LLS) (DF)

**STIPULATION**

DOCUMENT
ELECTRONICALLY FILED

      IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff MARIA TAMARA THOMAS and Defendants, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY s/h/a THE HARTFORD LIFE INSURANCE COMPANY OF AMERICA, THE GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF JPMORGAN CHASE BANK, and, JPMORGAN CHASE BANK, INC. through their undersigned counsel, that:

    1.    Plaintiff's causes of action against JPMorgan Chase Bank, Inc. for long term disability benefits under the Group Long Term Disability Plan for Employees of JPMorgan Chase Bank in the above-captioned action are dismissed with prejudice, and without costs;

    2.    Plaintiff's causes of action seeking relief under ERISA §502(a)(3), 29 U.S.C. 1132(a)(3) as against all Defendants in the above captioned action, are dismissed without prejudice, and without costs;

    3.    Plaintiff is permitted to file the proposed Amended Complaint annexed hereto as Exhibit "A" (a comparison of the original Complaint and the Amended Complaint indicating the changes is annexed hereto as Exhibit "B").

    4.    Defendants will have thirty days from this Court's Order permitting the attached Amended Complaint to be filed to Answer, or otherwise respond to, the Plaintiff's Amended Complaint. (Exhibit "A").

5. Defendants' Motion to Dismiss the Plaintiff's complaint dated April 28, 2011, including all papers in support (Docket Nos.: 8, 9, 10), and the Plaintiff's opposition to the Defendants Motion to Dismiss dated May 16, 2011(Docket Nos.: 11, 12) are withdrawn.

NOW, THEREFORE, it is further STIPULATED AND AGREED, by and between counsel for the parties, that the Clerk of the United States District Court for the Southern District of New York is *LLS* directed to amend the caption of this case to read as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIE TAMARA THOMAS,

                       Plaintiff,

   -against-

THE HARTFORD LIFE INSURANCE COMPANY OF
AMERICA, and THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF JPMORGAN
CHASE BANK,

                       Defendants.
-------------------------------------------------------------X

Civil Action No.:
11 Civ. 1490 (LLS) (DF)

**ECF CASE**

Dated: June 10, 2011

_Robert Bach_
ROBERT J. BACH
60 East 42nd Street, 40th Floor
New York, New York 10165
Telephone: (212) 867-4455
Facsimile: (212) 687-2123
<rjbachesq@hotmail.com>

_[signature]_
MICHAEL H. BERNSTEIN(MB-0579)
MATTHEW P. MAZZOLA (MM -7427)
SEDGWICK LLP
*Attorneys for Defendants*
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925

SO ORDERED:

_Louis L. Stanton_

Hon. Louis L. Stanton, U.S.D.J.

6/13/11

NY/702385v2        2