UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARIE TAMARA THOMAS,                                Civil Action No.:
                                                    11 Civ. 1490 (LLS) (ECF)
                            Plaintiff,

    -against-


THE HARTFORD LIFE INSURANCE COMPANY
OF AMERICA, and THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF
JPMORGAN CHASE BANK,
                            Defendants.
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in this matter on behalf of defendants, Hartford Life and Accident Insurance Company s/h/a The Hartford Life Insurance Company of America and The Group Long Term Disability Plan for Employees of JPMorgan Chase Bank.

Dated:   New York, New York
         July 14, 2011

                                        Respectfully submitted,

                                         s/
                                        _____
                                        MICHAEL H. BERNSTEIN (MB-0579)
                                        SEDGWICK LLP
                                        125 Broad Street, 39th Floor
                                        New York, New York 10004-2400
                                        T:  (212) 422-0202
                                        F:  (212) 422-0925
                                        **Attorneys for Defendants**
                                        Hartford Life and Accident Insurance Company
                                        s/h/a The Hartford Life Insurance Company of
                                        America and The Group Long Term Disability Plan
                                        for Employees of JPMorgan Chase Bank

NY/744259v1

<u>TO</u>:
ROBERT J. BACH
60 East 42nd Street, 40th Floor
New York, New York 10165
T: (212) 867-4455
F: (212) 687-2123
<u>rjbachesq@hotmail.com</u>

NY/744259v1

## CERTIFICATE OF SERVICE

I, MATTHEW P. MAZZOLA, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served **via ECF and regular mail** on July 14, 2011, upon the following:

>Robert J. Bach, Esq.
>60 East 42nd Street, 40th Fl.
>New York, New York 10165
>T: (212) 867-4455
>F: (212) 687-2123
>rjbachesq@hotmail.com

s/
Matthew P. Mazzola (MM-7427)

3

NY/744259v1