UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIE TAMARA THOMAS,                              Civil Action No.:
                                                 11 Civ. 1490 (LLS) (ECF)
                              Plaintiff,

          -against-


THE HARTFORD LIFE INSURANCE COMPANY
OF AMERICA, and THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF
JPMORGAN CHASE BANK,
                              Defendants.
-------------------------------------------------------------------X


## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in this matter on behalf of

defendants, Hartford Life and Accident Insurance Company s/h/a The Hartford Life Insurance

Company of America and The Group Long Term Disability Plan for Employees of JPMorgan Chase

Bank.

Dated:   New York, New York
         July 14, 2011


                                   Respectfully submitted,


                                    s/ _____
                                   MATTHEW P. MAZZOLA (MM-7427)
                                   SEDGWICK LLP
                                   125 Broad Street, 39th Floor
                                   New York, New York 10004-2400
                                   T:  (212) 422-0202
                                   F:  (212) 422-0925
                                   **Attorneys for Defendants**
                                   Hartford Life and Accident Insurance Company
                                   s/h/a The Hartford Life Insurance Company of
                                   America and The Group Long Term Disability Plan
                                   for Employees of JPMorgan Chase Bank

TO:
ROBERT J. BACH
60 East 42nd Street, 40th Floor
New York, New York 10165
T: (212) 867-4455
F: (212) 687-2123
rjbachesq@hotmail.com

## CERTIFICATE OF SERVICE

I, MATTHEW P. MAZZOLA, hereby certify and affirm that a true and correct copy of the

attached **NOTICE OF APPEARANCE** was served **via ECF and regular mail** on July 14, 2011,

upon the following:


Robert J. Bach, Esq.
60 East 42nd Street, 40th Fl.
New York, New York 10165
T: (212) 867-4455
F: (212) 687-2123
rjbachesq@hotmail.com


s/_____
Matthew P. Mazzola (MM-7427)

NY/744440v1