Robert J. Bach, Esq.
60 East 42nd Street
40th Floor
New York, NY 10165
212-867-4455
212-687-2123 (Fax)
rjbachesq@hotmail.com
Attorney for Plaintiff.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIE TAMARA THOMAS

              PLAINTIFF

against

THE HARTFORD LIFE INSURANCE COMPANY
OF AMERICA, AND THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF
JPMORGAN CHASE BANK.

              DEFENDANTS
-----------------------------------------------------------------X

Index No.:
11 Cv 1490 (LLS)

ECF CASE

## CERTIFICATE OF SERVICE

I, Robert Bach, under penalties of perjury, make the following affirmation:

1. I am over 21 and not a party to this action.

2. On June 11, I served the foregoing Reply Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment on Michael H. Bernstein, Esq., and Matthew P. Mazzola, Sedgwick LLP, 125 Broadway St., 39th Floor, New York, NY 10004 by ECF and First Class Mail.

June 11, 2012
New York, NY

Robert J. Bach, Esq.
60 East 42nd Street, 40th Floor
New York, NY 10165
212-867-4455
212-687-2123(Fax)
rjbachesq@hotmail.com