UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
MARIE TAMARA THOMAS,                                     Case No. 11-cv-1490 (LLS) (ECF)
                Plaintiff,

    -against-

THE HARTFORD LIFE INSURANCE COMPANY
OF AMERICA, and THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF
JPMORGAN CHASE BANK,
                Defendant.
-----------------------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending    ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael H. Bernstein
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB 0579    My State Bar Number is _____

I am,
    ☒ An attorney
    ☐ A Government Agency attorney
    ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick LLP
                 FIRM ADDRESS: 125 Broad Street, New York New York 10004
                 FIRM TELEPHONE NUMBER: 212-422-0202
                 FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                 FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
                 FIRM TELEPHONE NUMBER: 212-422-0202
                 FIRM FAX NUMBER: 212-422-0925

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 10/12/2012                                s/ _____
                                                            ATTORNEY'S SIGNATURE
                                                            Michael H. Bernstein


American LegalNet, Inc.
www.FormsWorkFlow.com

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 12th day of October, 2012, upon the following:

Robert J. Bach, Esq.
60 East 42nd Street, 40th Floor
New York, New York 10165

s/ _____
Michael H. Bernstein

Dated:   New York, New York
         October 12, 2012