UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------
MARIE TAMARA THOMAS

                        Plaintiff,                   Civ. Act. No.: 11 civ 1490 (LLS)(ECF)

    -against-

THE HARTFORD LIFE INSURANCE COMPANY
OF AMERICA, and THE GROUP LON
TERM DISABILITY PLAN FOR EMPLOYEES
OF JPMORGAN CHASE BANK,

                            Defendant.
-----------------------------------------------------------------------------

                            NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending           ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                    Matthew P. Mazzola
                    FILL IN ATTORNEY NAME

MY SDNY number is:   (MM 7427)

I am,

      ☒    An attorney
      ☐    A Government Agency attorney
      ☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Sedgwick LLP
                  FIRM ADDRESS: 125 Broad Street, New York New York 10004
                  FIRM TELEPHONE NUMBER: 212-422-0202
                  FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
                  FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
                  FIRM TELEPHONE NUMBER: 212-422-0202
                  FIRM FAX NUMBER: 212-422-0925

        ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
             was entered on _____ by Judge _____

Dated: 11/13/12                      s/ _____
                                       ATTORNEY'S SIGNATURE
                                       Matthew P. Mazzola


American LegalNet, Inc.
www.FormsWorkFlow.com

## CERTIFICATE OF SERVICE

I, Matthew P. Mazzola, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 13th day of November, 2012, upon the following:

>Robert J. Bach, Esq.
>60 East 42nd Street
>40th Floor
>New York, New York 10165

        s/_____
        Matthew P. Mazzola

Dated:    New York, New York
            November 13, 2012