```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIE TAMARA THOMAS,
                Plaintiff,

11 **CIVIL** 1490 (LLS)

-against-

**JUDGMENT**

THE HARTFORD LIFE INSURANCE
COMPANY OF AMERICA, and THE GROUP
LONG TERM DISABILITY PLAN FOR THE
EMPLOYEES OF JPMORGAN CHASE BANK,
                Defendants.
------------------------------------------------------------X

    Both sides having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Louis L. Stanton, United States District Judge, and the Court, on December 21, 2012, having rendered its Memorandum and Order denying Defendants' motion for summary judgment, and granting Plaintiff's motion for summary judgment to the extent that the case be remanded to Hartford for reconsideration, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 21, 2012, Defendants' motion for summary judgment is denied; and Plaintiff's motion for summary judgment is granted to the extent that the case is remanded to Hartford for reconsideration.

**Dated:** New York, New York
          January 7, 2013

                                                **RUBY J. KRAJICK**
                                                   Clerk of Court
                              BY:
                                                      Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____