Robert J. Bach, Esq.
60 East 42nd Street
40th Floor
New York, NY 10165
212-867-4455
212-687-2123 (Fax)
rjbachesq@hotmail.com
Attorney for Plaintiff.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIE TAMARA THOMAS

          PLAINTIFF

against

THE HARTFORD LIFE INSURANCE COMPANY
OF AMERICA, AND THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF
JPMORGAN CHASE BANK.

          DEFENDANTS
-----------------------------------------------------------------X

Index No.:
11 Cv 1490 (LLS)

ECF CASE

## CERTIFICATE OF SERVICE

I, Robert Bach, under penalties of perjury, make the following affirmation:

1. I am over 21 and not a party to this action.

2. On February 12, 2013 I served the foregoing Plaintiff's Opposition to Defendants' Motion for Reconsideration on Michael H. Bernstein, Esq., and Matthew P. Mazzola, Sedgwick LLP, 225 Liberty Street, 28th Flr., New York, NY 10281 ECF and First Class Mail .



Feb 12. 2013
New York, NY

Robert J. Bach, Esq.
60 East 42nd Street, 40th Floor
New York, NY 10165
212-867-4455
212-687-2123(Fax)
rjbachesq@hotmail.com