ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/13

Stanton, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIE TAMARA THOMAS,

                        Plaintiff,

   -against-

THE HARTFORD LIFE INSURANCE COMPANY OF
AMERICA, and THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF JPMORGAN
CHASE BANK,

                        Defendants.
-----------------------------------------------------------X

Civil Action No.:
11 Civ. 1490 (LLS) (ECF)

**STIPULATION GOVERNING THE COURT ORDERED REMAND**

DOCUMENT
**ELECTRONICALLY FILED**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Marie Tamara Thomas and defendants Hartford Life and Accident Insurance Company ("Hartford") sued herein as The Hartford Life Insurance Company of America and The Group Long Term Disability Plan for Employees of JPMorgan Chase Bank, through their undersigned counsel, that for the reasons stated in the Court's Memorandum and Order, entered on January 2, 2012, plaintiff's claim for benefits shall be remanded to Hartford for further consideration in light of the Court's rulings; and it is

**FURTHER STIPULATED AND AGREED**, that since plaintiff informed Hartford that she will not be submitting additional information for Hartford to review on remand, except in response to a request by Hartford, Hartford will commence its review on March 19, 2013 and issue its final benefit determination in accordance with the Court's rulings pursuant to the time requirements set forth in 29 C.F.R. § 2560.503-1(i)(1); and it is

**FURTHER STIPULATED AND AGREED**, that Hartford's determination following its review on remand will be final and not subject to further administrative review; and it is

NY/1255287v1

**FURTHER STIPULATED AND AGREED,** that this Court shall retain jurisdiction over this matter in the event that Hartford issues a further adverse benefit determination of Plaintiff's claim that Plaintiff wishes to challenge pursuant to 29 U.S.C. § 1132(a)(1)(B).

Dated: New York, New York
      April __, 2013

_____
Robert J. Bach
60 East 42nd Street,
40th Floor
New York, New York 10165
Telephone: (212) 867-4455
*Attorneys for Plaintiff*

_____
Michael H. Bernstein
Matthew Mazzola
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 1028-1008
Telephone: (212) 422-0202
*Attorneys for Defendants*

IT IS SO ORDERED:

__Louis L. Stanton__
Louis L. Stanton, U.S.D.J.

DATED: __April 9, 2013__