# Sedgwick LLP

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

Michael H. Bernstein
212-898-4011
michael.bernstein@sedgwicklaw.com

September 23, 2013



*Via Regular Mail*
Hon. Louis L. Stanton, U.S.D.J
United States District Court For The
Southern District Of New York
500 Pearl Street
New York, NY 10007

Re: *Marie Tamara Thomas v. The Hartford Life Insurance Company of America, et al.*
   Civ. Act. No. 11-cv-1490(LS)
   SDMA File No. 02489-000122

Dear Judge Stanton:

This office represents the Defendants in the above referenced matter. We are writing to request an extension of the briefing schedule submitted by plaintiff's counsel to the Court on or about August 20, 2013.

The parties are currenlty engaged in preliminary settlement discussions in an effort to resolve this matter without further intervention from the Court. Therefore, we respectfully request that Your Honor extend the dates set forth in the August 20, 2013 briefing schedule regarding the parties' contemplated motions for summary judgment and adopt the following revised briefing schedule:

- Initial motions due by October 11, 2013;
- Oppositions due by November 11, 2013; and
- Replies due by November 30, 2013.

Plaintiff's counsel consents to this request and this extension does not affect any previously scheduled dates set by the Court. No prior requests for an extension of the August 20, 2013 briefing schedule have been made by the Defendants.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

cc: Robert J. Bach, Esq.

So Ordered
Louis L. Stanton
9/25/13

RECEIVED IN CHAMBERS
OF LOUIS L. STANTON
SEP 24 2013
UNITED STATES DISTRICT JUDGE

NY/1277975v1