# MEMO ENDORSED

**MEMO ENDORSED**

ROBERT J. BACH
ATTORNEY AT LAW
60 EAST 42ND STREET
40TH FLOOR
NEW YORK, NY 10165

RECEIVED IN CHAMBERS
OF LOUIS L. STANTON

OCT - 9 2013

UNITED STATES DISTRICT JUDGE

212 867 - 4455
212 697 - 0877(FAX)
rjbachesq@hotmail.com

October 9, 2013

RE:   Thomas v. The Hartford Life Ins. Co. et al.
      11 Cv 1490 (LS)

*Via Hand Delivery*
Hon. Louis L. Stanton, U.S.D.J.          ECF CASE
District Court of New York
500 Pearl Street
New York, NY 10007

Dear Judge Stanton:

The parties request a second extension of the briefing schedule in this matter. We are making this request because we have made progress in attempting to resolve this matter and the additional time will give us the necessary time to complete our attempt to settle this case.

Currently the Initial motions are due by October 11, 2013; Oppositions are due by November 11, 2013; and Replies are due by November 30, 2013. (See Dkt #57). We propose that the briefing schedule be revised as follows:

Initial motions due by October 25, 2013;

Oppositions due by November 25, 2013; and

Replies due by December 13, 2013.

Defendants' counsel consents to this request. This extension does not affect any other previously scheduled dates set by the Court.

So Ordered
Louis L. Stanton
10/10/13

Very truly yours,

Robert Bach

CC:   Michael Bernstein, Esq,
      Matthew Mazzola, Esq.
      Attorneys for Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/13