**ORIGINAL**

# MEMO ENDORSED

ATTORNEYS AT LAW
225 LIBERTY STREET, 28TH FLOOR   NEW YORK, NEW YORK 10281-1008
*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

# Sedgwick LLP

*Michael H. Bernstein*
212-898-4011
*michael.bernstein@sedgwicklaw.com*

October 24, 2013

*Via Overnight Mail*
Hon. Louis L. Stanton, U.S.D.J
United States District Court For The
Southern District Of New York
500 Pearl Street
New York, NY  10007



RECEIVED IN CHAMBERS
OF LOUIS L. STANTON
OCT 25 2013
UNITED STATES DISTRICT JUDGE

Re:  *Marie Tamara Thomas v. The Hartford Life Insurance Company of America, et al.*
     Civ. Act. No. 11-cv-1490(LS)
     SDMA File No. 02489-000122

Dear Judge Stanton:

This office represents the Defendants in the above referenced matter. We are writing to request an extension of the briefing schedule submitted to the Court by plaintiff's counsel on or about August 20, 2013.

The parties are still engaged in settlement discussion in this matter and, at this point, are in the process of drafting the appropriate settlement documents to memorialize their tentative agreement. Therefore, we respectfully request that Your Honor extend the dates set forth in its briefing schedule regarding the parties' contemplated motions for summary judgment and adopt the following revised briefing schedule:

- Initial motions due by November 6, 2013;
- Oppositions due by December 6, 2013; and
- Replies due by December 20, 2013.

So Ordered.
Louis L. Stanton
10/28/13

Plaintiff's counsel consents to this request and this extension does not affect any previously scheduled dates set by the Court. The parties have requested two previous extensions of the briefing schedule and the Court granted both requests.

Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Bernstein
Sedgwick LLP

cc: Robert J. Bach, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/13

DOCS/18050069v1