```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/13
```

STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIE TAMARA THOMAS,

                            Plaintiff,

       -against-

THE HARTFORD LIFE INSURANCE COMPANY OF
AMERICA, and THE GROUP LONG TERM
DISABILITY PLAN FOR EMPLOYEES OF JPMORGAN
CHASE BANK,

                            Defendants.
-----------------------------------------------------------X

Civil Action No.:
11 Civ. 1490 (LLS) (ECF)

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Maria Tamara Thomas ("Thomas") and defendants Hartford Life and Accident Insurance Company s/h/a The Hartford Life Insurance Company of America and The Group Long Term Disability Plan for Employees of JPMorgan Chase Bank, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims by plaintiff against the defendants in the above-captioned action are dismissed with prejudice, and without costs or attorney's fees.

Dated: New York, New York
       December 2, 2013

_____
Michael H. Bernstein (MB-0579)
Matthew P. Mazzola (MM-7427)
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008
Tel. (212) 422-0202
Fax (212) 422-0925
*Attorneys for Defendants*

_____
Robert Bach
60 east 42nd Street, 40th Fl.
New York, New York 10165
T: 212-867-4455
*Attorneys for Plaintiff*

So Ordered:

*Louis L. Stanton*
_____
Hon. Louis L. Stanton
United States District Judge
12/3/13

DOCS/18104513v1